# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OPEN RANGE COMMUNICATIONS INC., | : | Case No. 11-13188 (___) |
| | : | |
| Debtor.[1] | : | |
| | : | |

## NOTICE OF BANKRUPTCY FILING AND
## FIRST DAY MOTIONS AND RELATED PLEADINGS

**PLEASE TAKE NOTICE** that on October 6, 2011, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition (the "Petition") for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** in addition to the filing of the Petition, the Debtor has filed the following first-day motions and related pleadings in the above-captioned Chapter 11 case (collectively, the "First-Day Motions" and together with the Petition, the "Main Case Pleadings"):

1. Declaration of Chris Edwards, Chief Financial Officer of Open Range Communications Inc., In Support of the Debtor's Chapter 11 Petition and First Day Motions [Docket No. 2]

2. Motion of the Debtor for Entry of an Order Authorizing the Retention and Employment of Logan & Company, Inc as Claims, Noticing, and Balloting Agent [Docket No. 3]

3. Motion of the Debtor for an Order (I) Authorizing Continued Use of Existing Cash Management System, (II) Authorizing Continued Use of Existing Bank Accounts and Business Forms, and (III) Waiving the Requirements of 11 U.S.C. § 345(B) on an Interim Basis [Docket No. 4]

---

[1] The last four digits of the Debtor's federal tax identification number are 0894.

4. Motion of Debtor for an Order (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, Commissions and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Contractors; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Continuation of Workers' Compensation Policies; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtor's Operating Account to Make the Foregoing Payments [Docket No. 5]

5. Motion of the Debtor for an Order Authorizing the Debtor to Honor Customer Guarantee Program and Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Docket No. 6]

6. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and (II) Authorizing Banks to Honor Related Checks and Electronic Transfers [Docket No. 7]

7. Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 8]

8. Motion of the Debtor for an Order Authorizing Payments to Certain Critical Vendors on Account of Their Prepetition Claims [Docket No. 9]

9. Motion of the Debtor for an Order (I) Rejecting Certain Unexpired Leases of Nonresidential Real Property and (II) Rejecting Certain Executory Contracts, Pursuant to 11 U.S.C. § 365 [Docket No. 10]

49524/0001-7944152v1

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced documents may be obtained free of charge (i) by request to the Debtor's proposed counsel via email to pratkowiak@coleschotz.com; and (ii) at the website of Debtor's proposed claims, noticing and balloting agent, Logan & Company, Inc., www.loganandco.com. In addition, copies of the documents can also be downloaded for a fee from the United States Bankruptcy Court for the District of Delaware's website www.deb.uscourts.gov. To access documents on the Court's website you will need a PACER password and login which can be obtained at http://www.pacer.psc.uscourts.gov.

Dated: October 6, 2011
Wilmington, Delaware

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

By: /s/ Marion Quirk

Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Proposed Counsel for the Debtor and Debtor in Possession