# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| OPEN RANGE COMMUNICATIONS, INC. | ) | Case No. BK 11-13188 |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

G4S Technology, LLC., creditor in the above case, by and through its counsel, Ronald S. Gellert of Eckert Seamans Cherin & Mellott, LLC, Robert P. Diederich of McGrath North Mullin & Kratz PC LLO, and Robert J. Bothe of McGrath North Mullin & Kratz PC LLO, hereby give notice pursuant to Bankruptcy Rule 9010(b) that they are appearing in the above-captioned bankruptcy case on behalf of G4S Technology, LLC, creditor in the above case.

The foregoing counsel further request that they receive all notices and other papers served or filed in this case, including pleadings, motions, applications, orders, plans, disclosure statements, operating statements, and other reports. Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to them at the following addresses:

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilimington, DE 19801
Telephone: (302) 425-0430
Fax: (302) 425-0432
E-Mail: rgellert@eckertseamans.com

Mr. Robert P. Diederich, Esquire
McGrath North Mullin & Kratz PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102-1327
Telephone: (402) 341-3070
Fax: (402) 341-0216
E-Mail: rdiederich@mcgrathnorth.com

Mr. Robert J. Bothe, Esquire
McGrath North Mullin & Kratz PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102-1327
Telephone: (402) 341-3070
Fax: (402) 341-0216
E-Mail: rbothe@mcgrathnorth.com

Ronald S. Gellert, Robert P. Diederich and Robert J. Bothe further request that they be added to the appropriate lists and matrices in this case as counsel to G4S Technology, LLC.

Dated this 6th day of October, 2011.	Respectfully submitted,

G4S Technology, LLC. Creditor

By: /s/ Ronald S. Gellert
 Ronald S. Gellert, Esquire (Bar #4259)
 Eckert Seamans Cherin &Mellott, LLC
 300 Delaware Avenue, Suite 1210
 Wilmington, DE 19801
 Telephone: (302) 425-0430
 Facsimilie: (302) 425-0432
 rgellert@eckertseamans.com

  -and-

 Robert P. Diederich, Esquire
 Robert J. Bothe, Esquire
 McGrath North Mullin & Kratz, PC LLO
 Suite 3700, First National Tower
 1601 Dodge Street
 Omaha, Nebraska 68102-1627
 Telephone: 402-341-3070
 Facsimile: (402) 341-0216
 rdiederich@mcgrathnorth.com
 rbothe@mcgrathnorth.com

 **ATTORNEYS FOR G4S TECHNOLOGY, LLC**