# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **OPEN RANGE COMMUNICATIONS INC.,** | : | **Case No. 11-13188 (KJC)** |
| | : | |
| | : | |
| Debtor.[1] | : | |
| | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Velocitel, Inc. ("Velocitel") and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case, be given to and served upon the undersigned attorneys, at the address set forth below:

>Russell C. Silberglied, Esq.
>Drew G. Sloan, Esq.
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, Delaware 19801
>Telephone: (302) 651-7700
>Facsimile: (302) 651-7701
>Email: silberglied@rlf.com
>    dsloan@rlf.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

---

[1] The last four digits of the Debtor's federal tax identification number are 0894.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Velocitel to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) Velocitel's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Velocitel's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Velocitel's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Velocitel is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Velocitel expressly reserves.

Dated: October 7, 2011
       Wilmington, Delaware

/s/ Russell C. Silberglied
Russell C. Silberglied, Esq. (No. 3462)
Drew G. Sloan, Esq. (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: silberglied@rlf.com
       dsloan@rlf.com

*Counsel for Velocitel, Inc.*