**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| OPEN RANGE COMMUNICATIONS INC., | : | Case No. 11-13188 (KJC) |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Latham & Watkins LLP, as counsel for One Equity Partners III, L.P. and OEP Open Range Holdings, LLC, hereby enters its appearance pursuant to Bankruptcy Code Section 1109(b) and Bankruptcy Rule 9010(b) and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and Bankruptcy Code Sections 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone/facsimile numbers:

>    Latham & Watkins LLP
>    Attn:  D. J. Baker
>            Rosalie Walker Gray
>            Adam S. Ravin
>    885 Third Avenue
>    New York, New York 10022-4834
>    Telephone: (212) 906-1200
>    Facsimile: (212) 751-4864
>    dj.baker@lw.com
>    rosalie.gray@lw.com
>    adam.ravin@lw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand,

---

[1] The last four digits of the Debtor's federal tax identification number are 0894.

motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to above captioned case and proceedings therein.

Dated: October 7, 2011

LATHAM & WATKINS LLP

By: _/s/ *D. J. Baker*_____
    D. J. Baker
    Rosalie Walker Gray
    Adam S. Ravin

885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for One Equity Partners III, L.P.
and OEP Open Range Holdings, LLC