UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                           :

In re                                      :         Case No. 11-13188-KJC
                                           :         (Chapter 11)

OPEN RANGE COMMUNICATIONS, INC.  :
                                           :

                  Debtor.               :
----------------------------------------------------------------x

**NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the United States of America, by and through the U.S. Department of Justice, hereby enters its appearance for the Rural Utilities Service ("RUS") and the Federal Communications Commission (the "FCC"), respectively, a creditor and a party-in-interest in this case. Pursuant to Bankruptcy Rules 2002 and Section 342 of the Bankruptcy Code, the United States requests that its name be added to the mailing list maintained by the Clerk for this case, and that all notices given and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in any of these cases be served upon the United States at the addresses set forth below. The foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, disclosure statements, plans of reorganization, schedules, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to

this case and any proceeding therein, whether formal or informal, and whether written or oral. Please serve all such notices and papers on:

Lloyd H. Randolph, Esq.
U.S. Department of Justice
Civil Division
(202) 307-0356 (voice)
(202) 514-9163 (facsimile)
lloyd.randolph@usdoj.gov (e-mail)

and

Michael R. Sew Hoy, Esq.
U.S. Department of Justice
Civil Division
(202) 307-3571 (voice)
(202) 514-9163 (facsimile)
michael.r.sew.hoy@usdoj.gov (e-mail)

The addresses for each of them are:

P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
(regular mail)

and

1100 L Street, NW
Room 10032
Washington, DC 20005
(hand delivery/overnight mail)

Because postal service mail to these government attorneys presently is substantially delayed for anthrax screening, please transmit all papers addressed to them by electronic

mail or if electronic mail is not available, by facsimile.

Dated: October 7, 2011                    Respectfully submitted

                                                TONY WEST
Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN SLIGHTS
Assistant United States Attorney

 /s/  Lloyd H. Randolph
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
LLOYD H. RANDOLPH
(D. C. Bar No. 376009)
MICHAEL R. SEW HOY
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875
(202) 307-0356

ATTORNEYS FOR THE UNITED STATES