# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OPEN RANGE COMMUNICATIONS INC., | ) | Case No. 11-13188 (KJC) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firms of Sullivan Hazeltine Allinson LLC and Holland & Hart LLP hereby enter their appearance as counsel for Alianza Global Communication Services, LLC ("Alianza") in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

Elihu E. Allinson, III, Esq.  
Seth S. Brostoff, Esq.  
Sullivan Hazeltine Allinson LLC  
901 N. Market Street, Suite 1300  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  

Doyle S. Byers, Esq.  
Holland & Hart LLP  
222 South Main Street, Suite 2200  
Salt Lake City, UT 84101  
Tel: (801) 799-5917  
Fax: (801) 618-4010  

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Alianza's rights (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Alianza is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Alianza expressly reserves.

Date: October 7, 2011
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*

Elihu E. Allinson, III (No. 3476)
Seth S. Brostoff (No. 5312)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191

and

Doyle S. Byers, Esq.
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5917

*Attorneys for the Alianza Global Communication Services, LLC*