# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| OPEN RANGE COMMUNICATIONS : INC. : | BANKRUPTCY NO. 11-13188 (KJC) |
| Debtor. : | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR'S ATTORNEYS OF RECORD AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rule 2002 and 9007 and 11 U.S.C. §102(1) and all other applicable law, the undersigned, as counsel of record for Communications Test Design, Inc., creditor in the above captioned matter, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the following office, address, telephone number and email address:

Nicholas E. Skiles, III (DE No. 3777)
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801
(302) 656-5936
(302) 656-1434  Fax No.

John A. Wetzel, Esquire
Swartz Campbell, LLC
One S. Church Street, Ste 400
West Chester, PA 19382
610-692-9501
610-692-4936 Fax No.

The foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affects or seeks to affect in any way any rights or interests on the Debtor.

SWARTZ CAMPBELL LLC

Date: October 10, 2011     By: /s/ Nicholas E. Skiles, III
Nicholas E. Skiles, III (DE No. 3777)
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801
(302) 656-5936
(302) 656-1434 Fax No.

/s/ John A. Wetzel
John A. Wetzel, Esquire
One S. Church Street, Suite 400
West Chester, PA 19382
(610) 692-9501
(610) 692-4936 Fax No.