IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPEN RANGE COMMUNICATIONS INC., | Case No. 11-13188 (KJC) |
| Debtor.[1] | |

STATE OF NEW JERSEY  )
                     ) ss.
COUNTY OF ESSEX      )

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Proposed Claims and Noticing Agent for the above-mentioned Debtor.

3. On October 6, 2011 I caused copies of the following:

    - **Motion of the Debtor for an Order (I) Rejecting Certain Unexpired Leases of Nonresidential Real Property and (II) Rejecting Certain Executory Contracts, Pursuant to 11 U.S.C. § 365; Exhibit A – Proposed Order; Exhibit A to Order – Leases; Exhibit B to Order – Tower Space Agreements; Exhibit C to Order – Circuit Contracts [D.I. 10]**

    to be served via facsimile to those persons listed on the Service List attached hereto as Exhibit A or via overnight mail or US express mail, postage prepaid to those persons listed on the Service Lists attached hereto as Exhibits B and C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_Kathleen M. Logan_ (signature)

Kathleen M. Logan

Sworn to before me this
10th day of October 2011

_Patricia McCoul_ (signature)

Notary Public
My Commission Expires:

PATRICIA C MCCOUL
Commission # 2344151
Notary Public, State of New Jersey
My Commission Expires
May 01, 2016

---

[1] The last four digits of the Debtor's federal tax identification number are 0894.

ORC_AB-AD-AE

EXHIBIT A – SERVICE LIST
Via Facsimile

ORC_AB-AD-AE

EXHIBIT A SERVICE LIST VIA FACSIMILE
Motion of the Debtor for an Order (I) Rejecting Certain Unexpired Leases of Nonresidential Real Propoerty and (II) Rejection Certain Executory Contracts, Pursuant to 11 U.S.C. Section 365 [DI 10]

Page 1 of 2

**DEBTOR:** OPEN RANGE COMMUNICATIONS INC.

**CASE:** 11-13188 (KJC)

CREDITOR ID: 11991-35
5280
ATTENTION LEGAL DEPARTMENT
2300 LAKEVIEW PARKWAY, SUITE 700
ALPHARETTA GA 30009
Fax No.: 18666594989

CREDITOR ID: 12041-37
AIRPORT BUSINESS CENTER V, LLP
ATTENTION LEGAL DEPARTMENT
10 CORPORATE CIRCLE, STE 100
NEW CASTLE DE 19720
Fax No.: 13023229518

CREDITOR ID: 12008-35
ALLTELL/VERIZON
ATTENTION LEGAL DEPARTMENT
ONE VERIZON WAY, MAIL STOP 4AW100
BASKING RIDGE NJ 07920
Fax No.: 19086302660

CREDITOR ID: 11980-35
AMERICAN TOWER
ATTENTION LEGAL DEPARTMENT
10 PRESIDENTIAL WAY
WOBURN MA 01801
Fax No.: 17819264555

CREDITOR ID: 12013-35
AMERICAN TOWER DELAWARE CORP
ATTENTION LEGAL DEPARTMENT
10 PRESIDENTIAL WAY
WOBURN MA 01801
Fax No.: 17819264545

CREDITOR ID: 11977-35
AMERICAN TOWER/ASSET SUB LLC
ATTENTION LEGAL DEPARTMENT
10 PRESIDENTIAL WAY
WOBURN MA 01801
Fax No.: 17819264555

CREDITOR ID: 12036-36
ATT
ATTENTION LEGAL DEPARTMENT
P.O. BOX 97079
REDMOND WA 98073-9779
Fax No.: 18322130157

CREDITOR ID: 12044-37
CAPSTONE COMMERCIAL PROPERTIES
ATTENTION LEGAL DEPARTMENT
12321 CORBIN RD
FORT WAYNE IN 46845
Fax No.: 15097520432

CREDITOR ID: 11981-35
CHARTER COMMUNICATIONS
ATTENTION LEGAL DEPARTMENT
6399 S. FIDDLERS GREEN CIRCLE #600
REAL ESTATE NO 3241 SUB B
ENGLEWOOD CO 80111
Fax No.: 13033231317

CREDITOR ID: 12001-35
CHARTER COMMUNICATIONS
ATTENTION LEGAL DEPARTMENT
6399 S. FIDDLERS GREEN CIRCLE #600
REAL ESTATE NO 3241 SUB B
ENGLEWOOD CO 80111
Fax No.: 17202009276

CREDITOR ID: 12025-75
CITY OF ATHENS
ATTENTION LEGAL DEPARTMENT
200 WEST HOBBS STREET
ATHENS AL 35612
Fax No.: 12562338721

CREDITOR ID: 12011-75
CITY OF HARRISON
ATTENTION LEGAL DEPARTMENT
PO BOX 1715
HARRISON AR 72601
Fax No.: 18707410021

CREDITOR ID: 12045-37
COMFORT CONTROL SYSTEMS
ATTENTION LEGAL DEPARTMENT
10147 SUITE H ROYALTON RD
NORTH ROYALTON OH 44133
Fax No.: 14408772001

CREDITOR ID: 11989-35
CROWN MU LLC/MOUNTAIN UNION
ATTENTION LEGAL DEPARTMENT
2000 CORPORATE DRIVE
CANONSBURG PA 15317
Fax No.: 17244162353

CREDITOR ID: 12005-35
DIAMOND TOWERS II LLC
ATTENTION LEGAL DEPARTMENT
820 MORRIS TURNPIKE, SUITE 104
SHORT HILLS NJ 07078
Fax No.: 19732580098

CREDITOR ID: 12047-37
DON-WILL CORPORATION
ATTENTION LEGAL DEPARTMENT
2460 BEDFORD STREET
JOHNSTOWN PA 15904
Fax No.: 18142667025

CREDITOR ID: 12048-37
DUNCAN PROPERTIES
ATTENTION LEGAL DEPARTMENT
720 THIRD AVE
WEST POINT GA 31833
Fax No.: 17066434606

CREDITOR ID: 12035-36
EARTHLINK
ATTENTION LEGAL DEPARTMENT
1375 PEACHTREET ST. NE
ATLANTA GA 30309
Fax No.: 14048158805

CREDITOR ID: 11985-35
FARMERS ELEVATORS CO OF MANTENO
ATTENTION LEGAL DEPARTMENT
P O BOX 667, 51 W 4TH STREET
MANTENO IL 60950
Fax No.: 18154686849

CREDITOR ID: 12049-37
GADSDEN MOTOR INN
ATTENTION LEGAL DEPARTMENT
200 ALBERT RAINS BLVD
GADSDEN AL 35901
Fax No.: 12565437240

CREDITOR ID: 12032-36
GLOBAL CROSSING
ATTENTION LEGAL DEPARTMENT
225 KENNETH DR.
ROCHESTER NY 14623
Fax No.: 15853817592

CREDITOR ID: 11986-35
GLOBAL TOWER ACUISTION PARTNER II LLC
ATTENTION LEGAL DEPARTMENT
750 PARK OF COMMERCE BLVD, STE 300
BOCA RATON FL 33487
Fax No.: 15619950321

CREDITOR ID: 12002-35
GTP
ATTENTION LEGAL DEPARTMENT
750 PARK OF COMMERCE BLVD, STE 300
BOCA RATON FL 33487
Fax No.: 15619950321

CREDITOR ID: 12004-35
GTP ACQUISTION PARNTERS II, LLC
ATTENTION LEGAL DEPARTMENT
750 PARK OF COMMERCE BLVD, STE 300
BOCA RATON FL 33487
Fax No.: 15619950321

CREDITOR ID: 12027-35
HORVATH
ATTENTION LEGAL DEPARTMENT
312 WEST COLFAX AVENUE
SOUTH BEND IN 46601
Fax No.: 15742370484

CREDITOR ID: 12059-37
KNIGHT COMPANY, INC., THE
ATTENTION LEGAL DEPARTMENT
17 CALENDAR CT
COLUMBIA SC 29206
Fax No.: 18037870802

CREDITOR ID: 12037-36
LEVEL (3) COMMUNICATIONS
ATTENTION LEGAL DEPARTMENT
1025 ELDORADO BLVD.
BROOMFIELD CO 80021
Fax No.: 15717306550

EXHIBIT A SERVICE LIST VIA FACSIMILE
Motion of the Debtor for an Order (I) Rejecting Certain Unexpired Leases of Nonresidential Real Propoerty and (II) Rejection Certain Executory Contracts, Pursuant to 11 U.S.C. Section 365 [DI 10]

Page 2 of 2

**DEBTOR:** OPEN RANGE COMMUNICATIONS INC.

**CASE:** 11-13188 (KJC)

CREDITOR ID: 12053-37
MAULE, LYNNE T
ATTENTION LEGAL DEPARTMENT
332 PINE ST
DBA PINE STREET PLAZA
RED BLUFF CA 96080
Fax No.: 15305292645

CREDITOR ID: 12055-37
MILLEDGEVILLE FIDDLING COMPANY, LLC
ATTENTION LEGAL DEPARTMENT
537 MARKET ST, STE 400
C/O FLETCHER BRIGHT COMPANY
CHATTANOOGA TN 37402
Fax No.: 14237561780

CREDITOR ID: 11998-75
MILLERSVILLE UNIVERSITY
ATTENTION LEGAL DEPARTMENT
1 SOUTH GEORGE STREET
MILLERSVILLE PA 17551
Fax No.: 17178723700

CREDITOR ID: 12006-35
MOBILITIE INVESTMENTS II LLC
ATTENTION LEGAL DEPARTMENT
660 NEWPORT CENTER DRIVE SUITE 200
NEWPORT BEACH CA 92660
Fax No.: 19492747526

CREDITOR ID: 12020-35
MOUNTAIN COMMUNICATIONS INC
ATTENTION LEGAL DEPARTMENT
PO BOX 990970
REDDING CA 96099
Fax No.: 15302417486

CREDITOR ID: 12016-35
PEGASUS
ATTENTION LEGAL DEPARTMENT
P O BOX 233
RICHLANDS VA 24641
Fax No.: 12769632587

CREDITOR ID: 12009-75
PEGASUS
ATTENTION LEGAL DEPARTMENT
P O BOX 233
RICHLANDS VA 24641
Fax No.: 12769632587

CREDITOR ID: 11999-35
SBA
ATTENTION LEGAL DEPARTMENT
5900 BROKEN SOUND PKWY, NW, 2ND FL
BOCA RATON FL 33487
Fax No.: 15619983448

CREDITOR ID: 11997-35
SUBCARRIER COMMUNICATIONS
ATTENTION LEGAL DEPARTMENT
139 WHITE OAK LANE
OLD BRIDGE NJ 08857
Fax No.: 17326071390

CREDITOR ID: 12060-37
THOMPSON CHUNN
ATTENTION LEGAL DEPARTMENT
9800 CO RD 1
URIAH AL 36480
Fax No.: 12518622777

CREDITOR ID: 11992-75
T-MOBILE
ATTN LEASING ADMIN - LEGAL DEPT
T-MOBILE USA, INC, 12920 SE 38TH ST
BELLEVUE WA 98006
Fax No.: 14253833180

CREDITOR ID: 12000-35
TOWER ECONOMICS
ATTENTION LEGAL DEPARTMENT
2400 N BROOM STR
BROOM ASSOCIATES
WILMINGTON DE 19802
Fax No.: 13026552671

CREDITOR ID: 12061-37
VALLEY FAIR REALTY CORP
ATTENTION LEGAL DEPARTMENT
508 FORBES AVE
YUBA CITY CA 95991
Fax No.: 15306733946

CREDITOR ID: 11978-35
VERIZON
ATTENTION LEGAL DEPARTMENT
ONE VERIZON WAY, MAIL STOP 4AW100
BASKING RIDGE NJ 07920
Fax No.: 19087663834

CREDITOR ID: 12018-35
WAUSAU CELLULAR
ATTENTION LEGAL DEPARTMENT
450 SECURITY BOULEVARD
GREEN BAY WI 54313
Fax No.: 19206177329

CREDITOR ID: 12003-75
WAUSAU CELLULAR
ATTENTION LEGAL DEPARTMENT
450 SECURITY BOULEVARD
GREEN BAY WI 54313
Fax No.: 19206176701

CREDITOR ID: 12034-36
WINDSTREAM FKA FKA KENTUCKY DATA LINK
ATTENTION LEGAL DEPARTMENT
PO BOX 9001908
LOUISVILLE KY 40290
Fax No.: 17048495272

**Total: 44**

EXHIBIT B – SERVICE LIST
Via Overnight Mail

ORC_AB-AD-AE

**DEBTOR:** OPEN RANGE COMMUNICATIONS INC.

**CASE:** 11-13188 (KJC)

| | | |
|---|---|---|
| CREDITOR ID: 11993-35<br>AGRICOLA PROPERTIES, LLC<br>ATTENTION LEGAL DEPARTMENT<br>113 DISQUE DRIVE<br>GADSDEN AL 35901 | CREDITOR ID: 12042-37<br>B.T.P.M., LLC<br>ATTENTION LEGAL DEPARTMENT<br>ONE DEARBORN SQUARE, STE 555<br>KANKAKEE IL 60901 | CREDITOR ID: 12043-37<br>BHAMBHANI BINGHAM INVESTMENTS, LLC<br>ATTENTION LEGAL DEPARTMENT<br>5033 DICK POND RD<br>MYRTLE BEACH SC 29588 |
| CREDITOR ID: 12010-35<br>BLUE OCEAN HOLDINGS, LLC<br>ATTENTION LEGAL DEPARTMENT<br>416 W OAK STREET<br>FORT COLLINS CO 80521 | CREDITOR ID: 11984-35<br>CELLUSITE LLC<br>ATTENTION LEGAL DEPARTMENT<br>10701 FIRELIGHT COURT<br>NOBLESVILLE IN 46060 | CREDITOR ID: 11995-35<br>CROWN<br>ATTENTION LEGAL DEPARTMENT<br>2000 CORPORATE DRIVE<br>CANONSBURG PA 15317 |
| CREDITOR ID: 12029-35<br>ENTERCOM GREENVILLE LLC<br>ATTN GENERAL MANAGER<br>25 GARLINGTON RD<br>GREENVILLE SC 29615 | CREDITOR ID: 11996-75<br>HORVATH COMMUNICATIONS<br>ATTENTION LEGAL DEPARTMENT<br>312 WEST COLFAX AVENUE<br>SOUTH BEND IN 46601 | CREDITOR ID: 12050-37<br>INDIANA LAND TRUST 3011<br>ATTENTION LEGAL DEPARTMENT<br>108 NORTH MAIN ST, STE 711<br>SOUTH BEND IN 46601 |
| CREDITOR ID: 12046-37<br>JONES, DANIEL G<br>ATTENTION LEGAL DEPARTMENT<br>5945 BRADFORD LANE<br>TUSCALOOSA AL 35407 | CREDITOR ID: 11988-35<br>KDL/TIME WARNER<br>ATTENTION LEGAL DEPARTMENT<br>530 S MAIN ST., STE 1751<br>AKRON OH 44311 | CREDITOR ID: 11987-35<br>KENOSHA CELLULAR TELEPHONE<br>ATTENTION LEGAL DEPARTMENT<br>8410 WEST BRYN MAWR AVE, STE 700<br>CHICAGO IL 60631 |
| CREDITOR ID: 12051-37<br>KLIMCHAK, JOHN AND CAROL<br>ATTENTION LEGAL DEPARTMENT<br>509 W MAIN ST<br>PLYMOUTH PA 18651 | CREDITOR ID: 12057-37<br>MATTHEWS, ROBERT G<br>ATTENTION LEGAL DEPARTMENT<br>1930 LIBERTY CHURCH RD<br>GRB MANAGEMENT GROUP<br>HEPHZIBAH GA 30815 | CREDITOR ID: 12056-37<br>MUSCLE SHOALS MINI STORAGE, INC<br>ATTENTION LEGAL DEPARTMENT<br>613 E MICHIGAN AVE, OFFICE G<br>MUSCLE SHOALS AL 35661 |
| CREDITOR ID: 12058-37<br>S & KAY COMPUTER REPAIR<br>ATTENTION LEGAL DEPARTMENT<br>504 MAIN ST<br>CABOT AR 72023 | CREDITOR ID: 12129-35<br>SHELBY CITY<br>ATTN: LEGAL DEPARTMENT<br>25 HIGHT SCHOOL AVENUE<br>SHELBY OH 44875 | CREDITOR ID: 11982-35<br>SHERKAS LLC<br>ATTENTION LEGAL DEPARTMENT<br>2211 BADGER COURT<br>WAUKESHA WI 53188 |
| CREDITOR ID: 12023-35<br>T MOBILE<br>ATTN LEASING ADMIN - LEGAL DEPT<br>T-MOBILE USA, INC<br>12920 SE 38TH ST<br>BELLEVUE WA 98006 | CREDITOR ID: 12028-35<br>TOWER ASSETS NEWCO III LLC<br>ATTN WILLIAM ORGEL<br>4091 VISCOUNT AVE<br>MEMPHIS TN 38118 | CREDITOR ID: 12024-35<br>TOWER CO<br>ATTENTION LEGAL DEPARTMENT<br>5000 VALLEYSTONE DRIVE<br>CARY NC 27519 |
| CREDITOR ID: 12019-35<br>UNION PACIFIC RAILROAD ASSET UTILIZATION<br>ATTENTION LEGAL DEPARTMENT<br>C/O UNION PACIFIC RAILROAD<br>1400 DOUGLAS ST<br>OMAHA NE 68179 | CREDITOR ID: 11994-35<br>US CELLULAR<br>ATTENTION LEGAL DEPARTMENT<br>8410 WEST BRYN MAWR AVE, STE 700<br>CHICAGO IL 60631 | |

**Total:** 23

EXHIBIT C – SERVICE LIST
Via US Express Mail

EXHIBIT C SERVICE LIST VIA US EXPRESS MAIL
Motion of the Debtor for an Order (I) Rejecting Certain Unexpired Leases of Nonresidential Real Property and (II) Rejectin Certain Executory Contracts, Pursuant to 11 U.S.C. Section 365 [DI 10]

Page 1 of 1

**DEBTOR: OPEN RANGE COMMUNICATIONS INC.**  **CASE: 11-13188 (KJC)**

CREDITOR ID: 12052-37
BEARFIELD, LORIE
ATTENTION LEGAL DEPARTMENT
PO BOX 542
EDINBORO PA 16412

CREDITOR ID: 12017-35
CITY HEIGHTS APARTMENT REALTY
ATTENTION LEGAL DEPARTMENT
PO BOX 25426
3 G SOLUTIONS
GREENSVILLE SC 29607

CREDITOR ID: 12054-37
MERCER PLAZA, LLC
ATTENTION LEGAL DEPARTMENT
PO BOX 1398
TYBEE ISLAND GA 31328

CREDITOR ID: 12015-35
TOWER CO ASSETS LLC
ATTENTION LEGAL DEPARTMENT
PO BOX 636572
CINCINNATI OH 45263-6572

CREDITOR ID: 12033-36
ZAYO BANDWIDTH LLC
ATTENTION LEGAL DEPARTMENT
P.O. BOX 952136
DALLAS TX 75395

Total: 5