IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
:
In re: : Chapter 11
:
OPEN RANGE COMMUNICATIONS INC., : Case Nos. 11-13188 (KJC)
:
:
Debtor. :
------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for AT&T Corp. ("AT&T"), pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

> David A. Rosenzweig
> Mark C. Haut
> Fulbright & Jaworski L.L.P.
> 666 Fifth Avenue
> New York, New York 10103
> Telephone: (212) 318-3000
> Telefax: (212) 318-3400
> E-mail: drosenzweig@fulbright.com
> E-mail: mhaut@fulbright.com
>
> AT&T Services Inc.
> Law Group Counsel
> One AT&T Way, Room 3A218
> Bedminster, New Jersey 07921
> Attn: James W. Grudus
>       C. Nicole Gladden
> Telephone: (908) 234-3318
> Telephone: (908) 234-6499
> E-mail: jg5786@att.com
> E-Mail: gn235y@att.com

77234147.1

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of AT&T (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       October 10, 2011

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Mark Haut
David A. Rosenzweig
Mark C. Haut
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice Of Appearance and Demand for Notices and Papers, was submitted for filing with copies also mailed by overnight Express Mail this 10th day of October 2011, to:

Norman L. Pemick
Marion M. Quirk
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

David L. Buchbinder
Office Of The United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, Delaware 19899

_____
Mark Haut