# SIGN-IN-SHEET

**CASE NAME:** Open Range Communications Inc.
**CASE NO.** 11-13188-KJC

**COURTROOM LOCATION: 5**
**DATE:** October 11, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David R. Hurst | Young Conaway | One Equity Partners |
| D. J. Baker | Latham & Watkins | " |
| Adam S. Ravis | " | " |
| Luke Murley | Saul Ewing LLP | SBA Communications Corp |
| Ron Gellert | Eckert Seamans | G4S Technologies LLC |
| David L. Buchbinder | USTP/DOS | UST |
| Michael Merchant | Richards Layton & Finger, PA | Velocitel |
| Norman Pernick | Cole Schotz | Debtor |
| Marion Quirk | " | " |
| Sanjay Bhatnagar | " | " |
| Jeffrey Wisler | Connolly Bove | Alvarion, Inc |
| Mark Salzberg | Patton Boggs | Alvarion, Inc |
| Michael DeHoy | DOJ | United States |

# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Kevin J. Carey

#5

Calendar Date: 10/11/2011

Calendar Time: 11:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Open Range Communications Inc. | 11-13188 | Hearing | 4512671 | Doyle S. Byers | (801) 799-5917 | Holland & Hart, LLP | Creditor, Alianza Global Communication Services, LLC / LIVE |
| | | Open Range Communications Inc. | 11-13188 | Hearing | 4513520 | Rosalie Gray | (212) 906-1282 | Latham & Watkins LLP | Creditor, One Equity Partners / LIVE |

# SIGN-IN-SHEET

**CASE NAME:** Open Range Communications Inc.
**CASE NO.** 11-13188-KJC

**COURTROOM LOCATION: 5**
**DATE:** October 11, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lloyd Randolph | DOJ | United States |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |