UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**OPEN RANGE COMMUNICATIONS, INC.,**<br><br>      **Debtor.** | **Chapter 11**<br>**Case No. 11-13188-KJC** |

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned appears as counsel for **Universal Service Administrative Company** ("USAC") and, pursuant to Bankruptcy Rules 9010, 3017 and 2002 and Bankruptcy Code Section 1109(b), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of USAC with respect to (a) the Debtor, (b) property or proceeds thereof in which the Debtor may claim an interest, or (c) property or proceeds thereof in possession, custody or control of USAC, which the Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by USAC; or (3) which may otherwise affect the Debtor or the property of the Debtor.

This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Delaware, and does not constitute a waiver of any rights including the right to trial by jury.

Respectfully submitted,

UNIVERSAL SERVICE ADMINISTRATIVE COMPANY

By its counsel,

/s/ Christine E. Devine
Christine E. Devine, BBO #566990
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax: 508.898.1502

Dated: October 11, 2011
Email: cdevine@mirickoconnell.com
Email: bankrupt@mirickoconnell.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned proceeding via the Bankruptcy Court's Electronic Case Filing (ECF) system.

Dated: October 11, 2011

/s/ Christine E. Devine
Christine E. Devine. Esq/