**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:                                              )
                                                    )
OPEN RANGE COMMUNICAITONS, INC.,    ) Case No. 11-13188-KJC
                                                    ) Chapter 11
                                                    )
                          Debtor(s)              )


## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attn: Eva Holtz Vlachynsky, P.O. Box 475, Jefferson City, MO 65105-0475.</u>

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

Chris Koster, Attorney General
State of Missouri

<u>**/s/ Eva Holtz Vlachynsky**</u>
Eva Holtz Vlachynsky, Mo. Bar #58267
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
(573) 751-5531   FAX (573) 751-7232
E-Mail: deecf@dor.mo.gov
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon all those who receive electronic notification on October 14, 2011.