## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 11-13188 (KFC) |
| OPEN RANGE COMMUNICATIONS, INC., | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

The undersigned counsel, Kutner Miller Brinen, P.C., hereby enters its appearance as counsel for PinPoint Staffing. Pursuant to Section 342 of the Bankruptcy Code, and Rules 2002 and 9010 of the Bankruptcy Rules, we request that all notice given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, be given to and served upon the undersigned at the offices, addresses, e-mails, and telephone and fax numbers set forth below.

In addition, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtor or property of the Debtor or the estate.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments

to which this creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims actions, defenses, setoffs, and recoupments this creditor expressly reserves.

DATED: October 14, 2011

Respectfully submitted,

By:_____
Jenny M.F. Fujii #30091
**KUTNER MILLER BRINEN, P.C.**
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
Email: jmf@kutnerlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 17, 2011, 2011, I served by prepaid first class mail a copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Marion M. Quirk, Esq.
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

David L. Buchbinder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

TW Telecom, Inc.
10475 Park Meadows Drive
#400
Littleton, CO 80124

Russell C. Silberglied, Esq.
Drew G. Sloan, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Christine E. Devine, Esq.
Mirick, O'Connell, DeMallie & Louge
100 Front Street
Worcester, MA 01608-1477

Lloyd H. Randolph, Esq.
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20005

Lucian Borders Murley, Esq.
Saul Ewing, LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899

David Jansing Baker, Esq.
Adam S. Ravin, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

David R. Hurst, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043

Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Robert J. Bothe, Esq.
Robert P. Diederich, Esq.
McGrath North Mullin & Kratz, PC, LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102-1327

Nicholas E. Skiles, Esq.
Swartz Campbell, LLC
300 Delaware Avenue
Suite 1130
P.O. Box 330
Wilmington, DE 19899

Mark A. Salzberg, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington, D.C. 20037

Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Doyle. S. Byers, Esq.
Holland & Hart, LLP
222 South Main Street
Suite 2200
Salt Lake City, UT 84101

Elihu Ezekiel Allinson, III, Esq.
Sullivan Hazeltine Allinson, LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801

Mark C. Haut, Esq.
David A. Rosenzweig, Esq.
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

/s/ Vicky Martina
**Vicky Martina**