UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Open Range Communications Inc. | : | Case No. 11-13188 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Velocitel, Inc.**, Attn: Thor Erickson, 2415 Campus Dr., Suite 200, Irvine CA 92612, Phone: 949-809-4999, Fax: 949-724-8570

2. **Cloud 10 Corp**, Attn: Chris Kendall, 4700 Syracuse Parkway, Suite 1000, Denver CO 80237, Phone:303-952-3252, Fax: 303-952-3235

3. **Statera Inc.**, Attn: Carl Fitch, 6501 E. Belleview Avenue #300, Englewood CO 80111, Phone: 720-346-0070, Fax: 720-221-0892

4. **BCI Communications Inc.**, Attn: Steven Mark, 18-01 Pollitt Drive, Fair Lawn NJ 07410, Phone: 267-464-1722, Fax: 484-948-1567

5. **Frontera Consulting**, Attn: John Lee, 120 Riverside Blvd., Suite 14T, New York NY 10069, Phone: 917-549-9699, Fax: 917-720-9041

6. **SBA Properties Inc.; SBA Towers II, LLC; SBA Structures, Inc.; SBA Towers, LLC; SBA Infrastructure, LLC; SBA Sites, Inc.; SBA Site Management, LLC; SBA Steel, LLC and SBA Towers III, LLC**, Attn: Jacalyn Shapiro, 5900 Broken Sound Parkway NW, Boca Raton FL 33487-2797, Phone: 561-226-9268, Fax: 561-998-3448

7. **52 Eighty LLC**, Attn: George Alex, 158 Boston Post Road, Weston MA 02493, Phone: 508-243-8543, Fax: 781-923-1133


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ David Buchbinder for,
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 19, 2011

Attorney assigned to this Case: David Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Norm Pernick, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117