# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :      Case No. 11-13188-KJC
                                        :      (Chapter 11)
OPEN RANGE COMMUNICATIONS, INC.         :
                                        :
                            Debtor.     :
------------------------------------------------------------x
```

## NOTICE OF SERVICE OF UNITED STATES' NOTICE OF DEPOSITION OF MICHAEL E. KATZENSTEIN AND CHRIS EDWARDS

The United States, on behalf of the Rural Utilities Service ("RUS") of the United States

Department of Agriculture, respectfully provides notice, pursuant to Local Bankruptcy Rule 7026-

2(b), of its service of the United States' Notice Of Deposition Of Michael E. Katzenstein And

Chris Edwards. These depositions relate to Debtor's Motion for Entry of Final Order Pursuant to

11 U.S.C. Sections 105(a), 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e)

and Fed. R. Bankr. P. 2002, 4001, 9014 and 9019 (I) Authorizing the Debtor to Obtain

Postpetition Secured Financing, filed in the Action as docket number 20. By agreement, the

foregoing discovery was served by electronic mail on the following:

| | |
|---|---|
| Marion M. Quirk, Esq. | D. J. Baker, Esq. |
| Cole, Schotz, Meisel, Forman & Leonard | Adam Ravin, Esq. |
| 500 Delaware Avenue, Suite 1410 | 885 Third Ave. |
| Wilmington, DE 19801 | New York, NY 10022-4834 |
| Email: mquirk@coleschotz.com | Email: dj.baker@lw.com, adam.ravin@lw.com |
| | |
| Counsel for Debtor | Counsel for Interim Debtor-in-Possession Lender |

A copy of the foregoing discovery also was served by electronic mail upon

David L. Buchbinder, Esq.

Office of the U.S. Trustee

J. Caleb Boggs Federal Building

Suite 2207

Wilmington, DE 19801

Email: David.L.Buchbinder@usdoj.gov


Counsel for U.S. Trustee


Dated:  October 20, 2011                    Respectfully submitted,


                                            TONY WEST
                                            Assistant Attorney General

                                            CHARLES M. OBERLY, III
                                            United States Attorney

                                            ELLEN SLIGHTS
                                            Assistant United States Attorney

                                             /s/  Lloyd H. Randolph
                                            J. CHRISTOPHER KOHN
                                            TRACY J. WHITAKER
                                            LLOYD H. RANDOLPH
                                            (D. C. Bar No. 376009)
                                            MICHAEL R. SEW HOY
                                            (CA Bar No. 243391)
                                            Civil Division
                                            U. S. Department of Justice
                                            P. O. Box 875
                                            Ben Franklin Station
                                            Washington, D.C.  20044-0875
                                            (202) 307-0356

                                            ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2011, notice of the foregoing
NOTICE OF SERVICE OF UNITED STATES' NOTICE OF DEPOSITION
OFMICHAEL E. KATZENSTEIN AND CHRIS EDWARDS was filed and served via
the Court's ECF/Electronic Filing System.


/s/  Lloyd H. Randolph