# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN RANGE COMMUNICATIONS, INC.<br><br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 11-13188 (KJC) |
| CHARLES M. FORMAN, in his capacity as Chapter 7 Trustee for OPEN RANGE COMMUNICATIONS, INC.,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>NEXTGEN GLOBAL RESOURCES, LLC,<br><br>　　　　　　　　　Defendant. | Adv. Proc. No. 13-52393 (KJC)<br><br>**Re: Adv. D.I. 15** |

## NOTICE OF SATISFACTION OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that defendant Nextgen Global Resources, LLC (the "**Defendant**") has paid $8,000.00 to Charles M. Forman, in his capacity as Chapter 7 Trustee (the "**Trustee**") for Open Range Communications, Inc. (the "**Debtor**"), in full and final satisfaction of the Default Judgment against the Defendant.

**PLEASE TAKE FURTHER NOTICE** that the Trustee and the Defendant have agreed to release each other, and their respective predecessors in interest, successors, shareholders, directors, officers, employees, agents, attorneys and assigns, from any and all obligations, claims, and demands arising out of, by reason of, or relating to the transfers in the Adversary Proceeding or the Default Judgment.

49145900.3

|  |  |
|---|---|
| Dated: November 5, 2014<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>  */s/ Christopher A. Ward*  <br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Jarrett Vine (Del. Bar No. 5400)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Fax: (302) 252-0921<br><br>SPECIAL LITIGATION COUNSEL FOR CHARLES M. FORMAN, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR OPEN RANGE COMMUNICATIONS, INC. |